IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**WALTER P. WALKER,**

               **Plaintiff,**

    v.                              CASE NO. 17-3073-SAC-DJW

**KANSAS CITY, KANSAS, POLICE DEPARTMENT,
et al.,**

               **Defendants.**

### ORDER OF DISMISSAL

By an order entered on May 4, 2017, U.S. Magistrate Judge Waxse denied plaintiff leave to proceed in forma pauperis due to prior dismissals that count as strikes under 28 U.S.C. § 1915(g). Plaintiff was granted thirty days to submit the $400.00 filing fee. On May 12, 2017, the Court denied plaintiff's motion to appoint counsel and advised him that the filing fee was due on June 4, 2017.

Plaintiff has not paid the filing fee, and the Court concludes this matter may be dismissed.

IT IS, THEREFORE, BY THE COURT ORDERED this matter is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED:  This 6th day of June, 2017, at Topeka, Kansas.

                                          S/ Sam A. Crow
                                          SAM A. CROW
                                          U.S. Senior District Judge